## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JER'BRELL WESTMORELAND,    :
    Plaintiff,    :
      :
v.    :    **CIVIL ACTION NO. 26-CV-2641**
      :
STEPHN GROSH,    :
    Defendant.    :

## ORDER

AND NOW, this 12th day of June, 2026, upon consideration of Plaintiff Jer'Brell

Westmoreland's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF

No. 2), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    For the reasons stated in the Court's Memorandum, the Complaint is dismissed as

follows:

    a.    All § 1983 claims are **DISMISSED WITH PREJUDICE** pursuant to 28

U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

    b.    All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack

of subject matter jurisdiction.

4.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

      **BY THE COURT:**


      */s/ John M. Gallagher*
      **JOHN M. GALLAGHER, J.**